VINCENT SMITH, Respondent, *v.* CITY OF NEW YORK, Appellant, et al., Defendants.

Argued October 5, 1954; decided October 14, 1954.

844

*Adrian P. Burke, Corporation Counsel (Seymour B. Quel and Alfred Weinstein* of counsel), for appellant.

*Arthur N. Seiff, Louis Greenfield* and *William Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.